# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | |
| | ) | 1:07cv1523 LJO GSA |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | FINDINGS AND RECOMMENDATIONS |
| DAN RATHER, et al., | ) | RECOMMENDING DISMISSAL OF ACTION |
| | ) | |
| Defendants. | ) | |

    Plaintiff, a federal prisoner is South Carolina filed this action on October 19, 2007.  He requests that this court issue a temporary restraining order (TRO) against the defendants prohibiting them from broadcasting copyrighted materials related to his life and that defendants return plaintiff's personal property.  Plaintiff also requests relief in the amount of seventy-five million dollars in damages for privacy violations, trespass, fraud and defamation.

    Plaintiff does not demonstrate that his court has jurisdiction to issue such an order, that this is an appropriate venue for such an order, see, 28 U.S.C. § 1391, et seq., or that he has any underlying cognizable claim, see 28 U.S.C. § 1331 et seq.  Nor has plaintiff sought leave to proceed in forma pauperis or paid the requisite filing fee.  See, 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff's request is frivolous and the court will recommend that this action be dismissed.  See, 28 U.S.C. § 1915A(b)(1),(2).

1  Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's unsupported request for
2 a TRO be vacated and this action be dismissed as frivolous.  These Findings and
3 Recommendations will be submitted to the United States District Judge assigned to the case,
4 pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20) days** after being
5 served with these Findings and Recommendations, plaintiff may file written objections with the
6 court.  The document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
8 may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
9 Cir. 1991).

11  IT IS SO ORDERED.

12  **Dated:   November 15, 2007**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE