# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | |
| | ) | 1:07cv1523 LJO GSA |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | FINDINGS AND RECOMMENDATIONS |
| DAN RATHER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Jonathan Riches, a prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 15, 2007, the Magistrate Judge filed Findings and Recommendations which was served on the plaintiff and which contained notice to him that any objections to the Findings and Recommendations were to be filed by within 20 days of the service of the order. The plaintiff  has not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed

2  November 15, 2007, are adopted in full.  The clerk is directed to close this action.

3    IT IS SO ORDERED.

4  **Dated:    December 11, 2007**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28