# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| | ) |
| | ) 1:07cv1523 LJO GSA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER DENYING MOTION FOR |
| DAN RATHER, et al., | ) JUDGES' RECUSAL |
| | ) |
| | ) (Doc. 10) |
| | ) |
| Defendants. | ) |
| | ) |

   Plaintiff, a federal prisoner in South Carolina filed this action on October 19, 2007. On December 11, 2007, the court dismissed the case finding that the claim was frivolous. Plaintiff filed an appeal on January 15, 2008. The appeal was dismissed by the Ninth Circuit Court of Appeals on April 21, 2008.

   On January 15, 2009, Plaintiff filed a motion requesting that every judge involved in this case recuse themselves. The motion is unintelligible and nonsensical and appears to be filed only to vex the court and parties. Moreover, this court no longer has jurisdiction over this case as Plaintiff appealed this court's order to the Ninth Circuit and the appeal was dismissed.

   Accordingly, Plaintiff's Motion is DENIED.


   IT IS SO ORDERED.

   Dated:  **January 16, 2009**          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

1